Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780  Fax: 510.839.9104

Attorneys for Defendants
ROBERT EGGERS, LISA BIOCINI, AMRIT SINGH, R.N., and ROBYN MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VANESSA AVALOS, Individually and as Successor in Interest to THE ESTATE OF ERNESTO ISAIAH AVALOS, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT EGGERS, LISA BIOCINI, SINGH AMARIT, R.N. and ROBYN MENDOZA,<br><br>Defendants.<br><br>JOEL CRUZ, as Nominal Defendant | Case No. 2:22-cv-00861-TLN-CSK<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER**<br><br>Judge:  Troy L. Nunley<br><br>Trial Date:      N/A |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Plaintiff VANESSA AVALOS (hereinafter "Plaintiff") and Defendants ROBERT EGGERS, LISA BIOCINI, AMRIT SINGH, and ROBYN MENDOZA, et al. (hereinafter "Defendants") (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate and agree to request continuance as follows:

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

1

Case No. 2:22-cv-00861-TLN-CSK
JOINT STIPULATION TO MODIFY
SCHEDULING ORDER AND ORDER

1  WHEREAS, this case pertains to the in-custody suicide of Ernesto Avalos
2  ("Decedent");

3  WHEREAS, the Plaintiff in this case is Decedent's mother.

4  WHEREAS, on April 15, 2024, the Court granted Plaintiff's Motion for
5  Leave to Amend the First Amended Complaint to dismiss all but one defendant
6  and to add three new defendants. (Dkt. No. 30);

7  WHEREAS, the Court also set the non-expert and expert discovery
8  deadlines for July 15, 2024 and stated that, "[u]nless the parties stipulate
9  otherwise, all other deadlines will follow as set forth in the Pretrial Scheduling
10 Order" (*Id.*);

11 WHEREAS, Plaintiff is bringing wrongful death, survival action, and
12 civil rights claims against these newly added defendants and claiming $9 million
13 in damages for "loss of support and familial relationships, including loss of love,
14 companionship, comfort, affection, society, services, solace, and moral support"
15 for the loss of Decedent.

16 WHEREAS, Defendants have petitioned the San Joaquin County Superior
17 Court for access to Decedent's juvenile case file, including Child Protective
18 Service records as well as other confidential records, which pertain to Plaintiff's
19 relationship with Decedent as well as whether her parental rights over Decedent
20 were terminated;

21 WHEREAS, Defendants believe Plaintiff does not have standing to bring
22 her wrongful death claim, and potentially other claims, if her parental rights were
23 terminated;

24 WHEREAS, the Parties are informed that it may take several months to
25 receive juvenile court records from the court, even if there is no opposition;

26 WHEREAS, the Parties have been diligently pursuing discovery, but due
27 the complexity of in-custody death cases and the recent addition of new
28 defendants, the Parties require additional time to complete discovery;

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

2

Case No. 2:22-cv-00861-TLN-CSK
JOINT STIPULATION TO MODIFY
SCHEDULING ORDER AND ORDER

WHEREAS, the Parties jointly believe that continuing the trial and all deadlines for seven months will allow the Parties to complete discovery and engage in meaningful settlement discussions and potentially resolve the matter without trial;

IT IS HEREBY STIPULATED that good cause exists to continue the trial and all related deadlines approximately seven months.

| Event | Current Date/Time | New Date/Time |
|---|---|---|
| Discovery Cutoff | July 15, 2024 | February 14 2025 |
| Expert Disclosure Cutoff | July 15, 2024 | April 15, 2025 |
| Rebuttal Expert Disclosure Deadline | August 14, 2024 | May 15, 2025 |
| Supplemental Discovery (including expert supplemental materials) Deadline | 30 days prior to the dispositive motion hearing date | 30 days prior to the dispositive motion hearing date |
| Dispositive motion Filing Cutoff Deadline | January 13, 2025 | August 13, 2025 |
| Joint Notice of Trial Readiness Deadline | Not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion | Not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion |
| Pretrial Conference | To be set by the Court after review of the parties' Joint Notice of Trial Readiness | To be set by the Court after review of the parties' Joint Notice of Trial Readiness |
| Trial | To be set by the Court after review of the parties' Joint Notice of Trial Readiness | To be set by the Court after review of the parties' Joint Notice of Trial Readiness |

IT IS SO STIPULATED.

Dated: May 22, 2024     CURD GALINDO & SMITH LLP

By: */s/ Alexis Galindo*
    Alexis Galindo, Esq.
    Maximilano Galindo, Esq.
    Attorneys for Plaintiff

Dated: May 22, 2024     BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Kyle Anne Piasecki
    Gregory B. Thomas
    Temitayo O. Peters
    Kyle Anne Piasecki
    Jasper L. Hall
    Attorneys for Defendants
    ROBERT EGGERS, LISA BIOCINI, AMRIT SINGH, R.N., and ROBYN MENDOZA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4

Case No. 2:22-cv-00861-TLN-CSK
JOINT STIPULATION TO MODIFY
SCHEDULING ORDER AND ORDER

Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants
ROBERT EGGERS, LISA BIOCINI, AMRIT SINGH, R.N., and ROBYN MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VANESSA AVALOS, Individually and as Successor in Interest to THE ESTATE OF ERNESTO ISAIAH AVALOS, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT EGGERS, LISA BIOCINI, SINGH AMARIT, R.N. and ROBYN MENDOZA,<br><br>Defendants.<br><br>JOEL CRUZ, as Nominal Defendant | Case No. 2:22-cv-00861-TLN-CSK<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Judge: Troy L. Nunley<br><br>Trial Date:       N/A |

Having reviewed the Parties' joint stipulation and good cause appearing, this Court GRANTS the Parties' request and orders the scheduling order be amended as follows:

| Event | Current Date/Time | New Date/Time |
|---|---|---|
| Discovery Cutoff | July 15, 2024 | February 14 2025 |
| Expert Disclosure Cutoff | July 15, 2024 | April 15, 2025 |
| Rebuttal Expert Disclosure Deadline | August 14, 2024 | May 15, 2025 |
| Supplemental Discovery (including expert supplemental materials) Deadline | 30 days prior to the dispositive motion hearing date | 30 days prior to the dispositive motion hearing date |
| Dispositive motion Filing Cutoff Deadline | January 13, 2025 | August 13, 2025 |
| Joint Notice of Trial Readiness Deadline | Not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion | Not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion |
| Pretrial Conference | To be set by the Court after review of the parties' Joint Notice of Trial Readiness | To be set by the Court after review of the parties' Joint Notice of Trial Readiness |
| Trial | To be set by the Court after review of the parties' Joint Notice of Trial Readiness | To be set by the Court after review of the parties' Joint Notice of Trial Readiness |

**IT IS SO ORDERED.**

DATED: May 22, 2024

_____
Troy L. Nunley
United States District Judge