ALEXIS GALINDO (SBN 136643)
  Email: agalindo@cgsattys.com
MAXIMILIANO GALINDO (SBN 328187)
  Email: mgalindo@cgsattys.com
CURD GALINDO & SMITH LLP
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802-4828
Telephone:  (562) 624-1177
Facsimile:   (562) 624-1178
www.cgsattys.com

Attorneys for Plaintiffs
VANESSA AVALOS, Individually and as Successor in Interest to THE ESTATE OF ERNESTO ISAIAH AVALOS, DECEASED.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VANESSA AVALOS, Individually and as Successor in Interest to THE ESTATE OF ERNESTO ISAIAH AVALOS, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT EGGERS, LISA BIOCINI, SINGH AMARIT, R.N. and ROBYN MENDOZA,<br><br>Defendants.<br><br>JOEL CRUZ, as Nominal Defendant | Case No.  2:22-cv-00861-TLN-CSK<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Judge:   Troy L. Nunley<br><br>Trial Date:          N/A |

Having reviewed the Parties' joint stipulation and good cause appearing, this Court GRANTS the Parties' request and orders the scheduling order be amended as follows:

| Event | Current Date/Time | New Date/Time |
|---|---|---|
| Expert Disclosure Cutoff | April 15, 2025 | April 18, 2025 |

| Rebuttal Expert Disclosure Deadline | May 15, 2025 | May 20, 2025 |

**IT IS SO ORDERED.**

DATED: April 14, 2025

_____
Troy L. Nunley
Chief United States District Judge