ALEXIS GALINDO (SBN 136643)
  Email: agalindo@cgsattys.com
MAXIMILIANO GALINDO (SBN 328187)
  Email: mgalindo@cgsattys.com
CURD GALINDO & SMITH LLP
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802-4828
Telephone:  (562) 624-1177
Facsimile:   (562) 624-1178
www.cgsattys.com

<u>Attorneys for Plaintiffs</u>
VANESSA AVALOS, Individually and as Successor in Interest to THE ESTATE OF ERNESTO ISAIAH AVALOS, DECEASED.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VANESSA AVALOS, Individually and as Successor in Interest to THE ESTATE OF ERNESTO ISAIAH AVALOS, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT EGGERS, LISA BIOCINI, SINGH AMARIT, R.N. and ROBYN MENDOZA,<br><br>Defendants.<br><br>JOEL CRUZ, as Nominal Defendant | Case No.  2:22-cv-00861-TLN-CSK<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Judge:   Troy L. Nunley<br><br>Trial Date:           N/A |

Having reviewed the Parties' joint stipulation and good cause appearing, this Court GRANTS the Parties' request and orders the scheduling order be amended as follows:

//

//

| Event | Current Date/Time | New Date/Time |
|---|---|---|
| Expert Discovery Cutoff for the purposes of taking the depositions of Mr. Lawrence and Dr. Kaftarian only | August 27, 2025 | October 7, 2025 |

**IT IS SO ORDERED.**

DATED: August 25, 2025

_____
Troy L. Nunley
Chief United States District Judge